

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00779-CV

**IN THE INTEREST OF K.M.L.H.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02608
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. No costs shall be taxed against Appellant because she is indigent.

SIGNED March 26, 2014.

_____
Patricia O. Alvarez, Justice